January 9, 2014



# JUDGMENT

# The Fourteenth Court of Appeals

ALFREDO URDIALES, Appellant

NO. 14-13-01120-CR                           V.
NO. 14-13-01121-CR

THE STATE OF TEXAS, Appellee

_____

This cause was heard on the motions of the appellant to withdraw his notices of interlocutory appeal. Having considered the motions the Court orders the appeals **DISMISSED**.

We further order appellant pay all costs expended in the appeals.

We further order the mandates be issued immediately.

We further order this decision certified below for observance.